```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA, *ex rel.* CHRISTINE DRISCOLL, *et al.*,

      Plaintiffs,

    v.

SERONO INC., *et al.*,

      Defendants.

Misc. Action No. 07-0385 (JR)

### ORDER

      CuraScript, Inc., Lincourt Pharmacy Corp. and BioScrip, Inc., defendants in a *qui tam* action pending in the District of Massachusetts, have moved both in that court and in this one to quash a subpoena *duces tecum* addressed to the United States Department of Justice.  The motion filed here appears to be a belt-and-suspenders job, filed because the relators have objected in Massachusetts on jurisdictional grounds and because the Massachusetts court has not yet ruled (or had not ruled when the motion was filed here).  It is not clear to me why the Massachusetts court would not have jurisdiction of this motion, since the United States is or was at least nominally a party to the *qui tam* action.  What is clear, though, because the merits of the discovery dispute involve local discovery rules of the District of Massachusetts, judge-made law peculiar to the First Circuit, and allegations of overbroad fishing expeditions best understood by the judge who sits on the case, is that the motion

does not belong here.  The Clerk is directed to transfer the instant motion to the United States District Court for the District of Massachusetts, for filing in Civil Action No. 00-11680GAO, United States *ex rel*. Driscoll v. Serono, Inc.  It is **SO ORDERED.**


                                    JAMES ROBERTSON
                            United States District Judge